## Case No. 1,925.

### BRONSON v. BAKER.

[The case reported under above title in 44 Hunt, Mer. Mag. 74, is the same as Case No. 1,605.]